# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LAUREN CRIVIER, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HAIN CELESTIAL GROUP, INC.,<br><br>Defendant. | Case No. 13-cv-02237 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Beeler to determine whether it is related to *Brown v. The Hain Celestial Group, Inc.*, Case No. 11-cv-03082 LB.

IT IS SO ORDERED.

Date: May 16, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 13-cv-02237 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES