1  Simon J. Frankel (State Bar No. 171552)
   sfrankel@cov.com
2  Clara J. Shin (State Bar No. 214809)
   cshin@cov.com
3  Jay Rapaport (State Bar No. 281964)
   jrapaport@cov.com
4  COVINGTON & BURLING LLP
   One Front Street
5  San Francisco, CA 94111
   Telephone:   (415) 591-6000
6  Facsimile:   (415) 591-6091

7  Andrew D. Schau (admitted *pro hac vice*)
   aschau@cov.com
8  COVINGTON & BURLING LLP
   The New York Times Building
9  620 Eighth Avenue
   New York, NY 10018-1405
10 Telephone:   (212) 841-1000
   Facsimile:   (212) 841-1010
11
   Attorneys for Defendants
12 THE HAIN CELESTIAL GROUP, INC. and
   JASON NATURAL PRODUCTS, INC.
13

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| LAUREN CRIVIER, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HAIN CELESTIAL GROUP, INC., a Delaware corporation,<br><br>Defendant. | Civil Case No.: CV-13-02237-LB<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL AND [PROPOSED] ORDER**<br><br>Judge: Hon. Laurel Beeler |

NOTICE OF WITHDRAWAL OF COUNSEL AND
[PROPOSED] ORDER
Civil Case No.: CV-11-03082 LB

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, subject to the approval of the Court pursuant to Civil Local Rule 11-5, Covington & Burling LLP and attorneys Simon J. Frankel, Clara J. Shin, Andrew D. Schau, and Jay Rapaport withdraw as counsel for Defendant The Hain Celestial Group, Inc. and will no longer appear as counsel of record in this action.

The Hain Celestial Group, Inc. will continue to be represented by William L. Stern, Claudia M. Vetesi, Lisa A. Wongchenko, and Kathleen B. Roney of the law firm Morrison & Foerster LLP, and William J. Friedman.

Dated: January 27, 2014                    COVINGTON & BURLING LLP

                                           By: s/ *Jay Rapaport*
                                                Simon J. Frankel
                                                Clara J. Shin
                                                Andrew D. Schau (admitted *pro hac vice*)
                                                Jay Rapaport

                                           Attorneys for Defendants
                                           THE HAIN CELESTIAL GROUP.

[PROPOSED] ORDER

The foregoing withdrawal of counsel is authorized by the Court.

**IT IS SO ORDERED.**

Dated: October 31, 2014

_____
Hon. Laurel Beeler
United States Magistrate Judge

APPROVED
Judge Laurel Beeler

NOTICE OF WITHDRAWAL OF COUNSEL AND [PROPOSED] ORDER
Civil Case No.: CV-11-03082 LB

2