1 | WILLIAM J FRIEDMAN (Admitted *Pro Hac Vice*)
2 | 107 S. West Street
Alexandria, VA 22314
3 | Telephone: (571) 217-2190
Facsimile: (202) 449-8316

4 | WILLIAM L. STERN (CA SBN 96105)
WStern@mofo.com
5 | CLAUDIA M. VETESI (CA SBN 233485)
CVetesi@mofo.com
6 | MORRISON & FOERSTER LLP
425 Market Street
7 | San Francisco, California 94105-2482
Telephone: 415.268.7000
8 | Facsimile: 415.268.7522

9 | Attorneys for Defendant
THE HAIN CELESTIAL GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAUREN CRIVIER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HAIN CELESTIAL GROUP, INC., a Delaware Corporation, and DOES 1-10, inclusive,<br><br>Defendant. | Case No.  CV-13-02237 LB<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL WILLIAM J. FRIEDMAN AND [~~PROPOSED~~] ORDER**<br><br>Judge: Hon. Laurel Beeler<br><br>Action Filed: April 6, 2012 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, as of December 10, 2014, subject to the approval of the Court pursuant to Local Rule 11-5, attorney William J. Friedman withdraws as counsel for The Hain Celestial Group, Inc. and will no longer appear as counsel of record in this action.

The Hain Celestial Group, Inc. will continue to be represented by William L. Stern and Claudia M. Vetesi of the law firm Morrison & Foerster LLP, whose appearance on behalf of Defendant in this action was made on October 8, 2013 (Dkt. No. 72). A copy of this Notice was provided to Hain-Celestial on December 3, 2014 by electronic mail.

Dated: December 9, 2014              WILLIAM J. FRIEDMAN

                                     By: _/s/ William J. Friedman_
                                         WILLIAM J. FRIEDMAN

Dated: December 9,, 2014             WILLIAM L. STERN
                                     MORRISON & FOERSTER LLP

                                     By:   /s/ William L. Stern
                                         WILLIAM L. STERN

                                     Attorneys for Defendant THE HAIN
                                     CELESTIAL GROUP, INC.

### [PROPOSED] ORDER

The foregoing withdrawal of counsel is authorized by the Court.

**IT IS SO ORDERED.**

Dated: December 12, 2014

_____
Hon. Laurel Beeler
United States Magistrate Judge

| | |
|---|---|
| 1 | **ATTESTATION OF E-FILED SIGNATURES** |
| 2 | I, William L. Stern, am the ECF User whose username and password are being used to file |
| 3 | this Stipulation. In compliance with General Order 45, X.B., I hereby attest that William J. Friedman |
| 4 | has concurred in this filing. |

Dated: December 9, 2014                By:   /s/ William L. Stern
                                              WILLIAM L. STERN