1
2
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAUREN CRIVIER, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF,<br><br>V.<br><br>THE HAIN CELESTIAL GROUP, INC., A DELAWARE CORPORATION, AND DOES 1 – 10, INCLUSIVE,<br><br>DEFENDANTS. | CASE NO. 13-CV-02237-LB<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41 |

[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR DISMISSAL

1 | The parties having stipulated and good cause appearing, it is hereby ORDERED that Plaintiff Lauren Crivier's entire action against Defendant The Hain Celestial Group, Inc. will be dismissed without prejudice.

DATED: September 2, 2015        By: /s/ LB

UNITED STATES DISTRICT COURT JUDGE

∞02229.00001 168328

**[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR DISMISSAL**

1